# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBIN CARTER, | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 2:21-cv-00305-CCW |
| v. | ) |
| UPMC PRESBYTERIAN SHADYSIDE, d/b/a UPMC SHADYSIDE, | ) **Judge Christy Criswell Wiegand** |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The undersigned parties, through their attorneys, hereby file this Joint Stipulation of Dismissal with Prejudice. This matter is completely and finally dismissed with prejudice.

Respectfully submitted,

*Counsel for Plaintiff, Robin Carter*           *Counsel for Defendant, UPMC Presbyterian Shadyside*

By:  */s/ Peter T. Kobylinski*            By:  */s/ Karen Baillie*
Peter T. Kobylinski, Esquire                 Karen Baillie, Esquire
Pa. I. D. No. 309832                         Pa. I.D. No. 66780
David M. Kobylinski, Esquire                 Danielle Bruno McDermott, Esquire
Pa. I.D. No. 92233                           Pa. I.D. No. 324539
Praetorian Law Group, LLC                    SCHNADER HARRISON SEGAL & LEWIS LLP
515 Court Place, Suite 4                     Fifth Avenue Place, Suite 2700
Pittsburgh, PA 15219                         120 Fifth Avenue
(412) 281-6600                               Pittsburgh, PA 15222
(412) 281-6610 (fax)                         (412) 577-5118
pkobylinski@prlawgroup.com                   (412) 765-3858 (fax)
dkobylinski@prlawgroup.com                   kbaillie@schnader.com
                                             dbrunomcdermott@schnader.com

Dated: July 9, 2021

It is so ORDERED this _____ day of _____, 2021.

_____
CHRISTY CRISWELL WIEGAND
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of July, 2021, a true and correct copy of the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Peter T. Kobylinski, Esquire
E-mail: pkobylinski@prlawgroup.com
David M. Kobylinski, Esquire
E-mail: dkobylinski@prlawgroup.com
Praetorian Law Group, LLC
515 Court Place, Suite 4
Pittsburgh, PA  15219
*Counsel for Plaintiff, Robin Carter*

*/s/ Karen Baillie*
Karen Baillie, Esquire
PA 66780